PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS MCGOOGAN, *et al.*, ) | |
| ) | CASE NO. 4:17CV0401 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| EQUIFAX INFORMATION SERVICE, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

On April 25, 2017, counsel for Plaintiff informed the Court that the parties have reached a settlement in this matter. Therefore, the docket shall be marked "settled and dismissed without prejudice." Within 30 days of the date of this Order, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

Accordingly, the Telephonic Case Management Conference scheduled for April 26, 2017 at 11:30 a.m. is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
| April 25, 2017 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |